UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHAEL D. SMYTH　　　　　　　　　　JURY TRIAL DEMANDED

v.　　　　　　　　　　　　　　　　CASE NO.  3:13 cv

CONTINENTAL SERVICE GROUP, INC.

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 and the Connecticut Unfair Trade Practices Act, §42-110g (CUTPA); and seeks treble damages for conversion. Conn. Gen. Stat. § 52-564.

2. JURISDICTION is based on 15 U.S.C. § 1692k; 28 U.S.C. §§1331, 1367.

3. VENUE: Plaintiff is a natural person who has resided in Connecticut at all relevant times.

4. Defendant is licensed as a Consumer Collection Agency by the Connecticut Department of Banking.

5. Plaintiff is a consumer within the FDCPA, in that the account defendant sought to collect is defendant's disputed tuition account with University of Connecticut for personal, family, or household use.

6.  The defendant regularly collects consumer debts, directly or indirectly, through the use of the telephone or mail.

7. Defendant falsely represented the character, amount, or legal status of the alleged debt, in that plaintiff did not owe any amount to the University of Connecticut.

8. Defendant directly received $500 from plaintiff on the disputed account.

9. Defendant did not refund the $500 upon request.

10. Defendant continued to collect on the account by forwarding it to a Connecticut lawyer who had no authority to bring suit on behalf of the University of Connecticut.

11. Defendant adopted, ratified and approved the tactics of the Connecticut lawyer who was successful in collecting by reason of a threat of suit and who sought and charged more than any amount due.

12. Defendant indirectly collected money on the disputed account through October, 2012.

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, both compensatory and punitive, including $1,000 statutory damages under the FDCPA and damages for conversion, including statutory treble damages pursuant to Conn. Gen. Stat. § 52-564.

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award such other and such further relief as law or equity may provide.

THE PLAINTIFF

BY____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395
faulknerlawoffice@snet.net