UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Smyth,<br>    *Plaintiff,*<br><br>    *v.*<br><br>Continental Service Group,<br>    *Defendant.* | Civil No. 3:13cv57 (JBA) |

ORDER OF DISMISSAL ON REPORT OF SETTLEMENT

Magistrate Judge Margolis reported that this matter has settled. This case will now be dismissed, without prejudice, and the Clerk is directed to close the file.

If the parties wish to file a stipulation of dismissal (for approval by the court or for inclusion in the court's file), or if their settlement was not consummated, they may move to re-open the case by July 10, 2013.

This date may be extended by motion filed under D. Conn. L. Civ. R. 7(b)(2) (requiring good cause).

The Court appreciates the efforts of counsel and Magistrate Judge Margolis in resolving this matter.

                              IT IS SO ORDERED.

                              /s/
                              Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: June 10, 2013